UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER MICHELLE NEWMAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO.: 1:23-cv-00388-GSA<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL AND DIRECTING CLERK OF COURT TO ADMINISTRATIVELY CLOSE THE CASE**<br><br>(Doc. 10) |

Plaintiff's request for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) (Doc. 10) is **GRANTED** and the Clerk of Court is directed to administratively close this case.

IT IS SO ORDERED.

Dated: **July 24, 2023**　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE